IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS VAN CAMP,

    Petitioner,

v.

DENISE SYMDON,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-230-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Dennis Van Camp's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 3/30/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |